NO. 07-04-0026-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



MARCH 4, 2004



______________________________



IN THE INTEREST OF S.M.L.D., A CHILD



_________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NO. 66,038-D; HONORABLE DON EMERSON, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Dwayne Lynn Dale filed a Motion to Dismiss on February 26, 2004.

 No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith. Tex. R. App. P. 42.1. All costs are assessed to appellant. 
 



 James T. Campbell

 Justice



be responsible for their own appellate costs, costs of this
appeal shall be borne by the party that incurred them. See Tex. R. App. P. 42.1(d), 6.6. 
No motion for rehearing will be entertained and our mandate will issue forthwith.

 

 Mackey K. Hancock

 Justice